FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

COMPLAINT

Roberts    MDOC #148483
(Last Name)    (Identification Number)
David    Lane
(First Name)    (Middle Name)
Pike County Jail
(Institution)
2109 Jesse Hall Rd. Magnolia, MS 39652
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC -2 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

V.    CIVIL ACTION NUMBER: 5:22-cv-94-DCB-LGI
                                    (to be completed by the Court)

James Brumfield

Richard Bynum

Valerie Wells

(Enter the full name of the defendant(s) in this action)

GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (X)    No ( )

B. Are you presently incarcerated?
   Yes (X)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )    No (X)

D. Are you presently incarcerated for a parole or probation violation?
   Yes (X)    No ( )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (X)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: David Lane Roberts   Prisoner Number: 148483

Address: Pike County Jail
2109 Jesse Hall Rd.
Magnolia, MS 39652

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: James Brumfield   is employed as   Sheriff
at   Pike County Jail / Pike County Sheriff's Office

② Richard Bynum, Jail Administrator, Pike County Jail ③ Valerie Wells, Nurse, Pike County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: David Lane Roberts
ADDRESS: 2109 Jesse Hall Rd.
Magnolia, MS 39652

DEFENDANT(S):

NAME:
James Brumfield, Sheriff
Richard Bynum, Jail Administrator
Valerie Wells, Nurse

ADDRESS:
2109 Jesse Hall Rd. Magnolia, MS 39652
2109 Jesse Hall Rd. Magnolia, MS 39652
2109 Jesse Hall Rd. Magnolia, MS 39652

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On or about July 3, 2021 I was assaulted twice and was refused medical care for several days. by the nurse Valerie Wells with visible injuries and broken teeth. Numerous request forms were written to her and the Richard Bynum Jail Administrator asking for medical attention and none was EVER answered. I have listed the Sheriff, James Brumfield because he is the person holding me here and is over the Pike County Jail.

I have added a page listing all of the claims to inadequate living conditions and other things as well.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Money damages for physical injuries and mental illness while incarcerated at Pike County Jail. As well as injunctive relief for inhumane living conditions or to be transferred to another facility as soon as possible as I am not safe.

Signed this 28 day of November, 2022.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff

1. Lack of and refusal of medical and dental treatment.

2. Extreme overcrowding. At one time 80 plus people in a 48 man zone.

3. I have no rack/bunk and have been sleeping on the floor since I've been incarcerated here.

4. Inhumane living conditions.
   a) Showers, bathroom area and vents covered with black mold.
   b) Toilets and sinks are constantly stopped up or barely flushes.
   c) No working lights in the cubes.
   d) Exposed live electrical wires hanging.
   e) Spiders, roaches and other insects constantly crawling around.

5. No protection from abuse or assault from other prisoners.

6. No working intercom or any way to contact Jail Staff in case of emergencies.

7. No access to a law library or legal assistance.

8. Lack of proper cleaning supplies.

9. Lack of soap and other supplies necessary for personal hygiene.

10. Lack of yard call and outdoor recreational time.

11. Windows covered with metal plates.

12. Legal mail being opened before it ever comes to the inmate that is clearly marked "Special Mail - Open in the presence of the inmate."

13. Failure to provide Covid-19 tests, vaccines and masks.

14. When I was first incarcerated on June 7, 2021 for 4 days I was locked in the Attorney/Client room with no toilet or sink and had to sleep on the floor.

15. I have written many requests asking for help with the aforementioned issues and have exhausted all prison remedies available to me. I have <u>never</u> even received a response to anything I have ever wrote.